OPINION — AG — ** SCHOOLS ** RULE 1, SECT. 1, OF THE RULES AND REGULATIONS OF THE OKLAHOMA SECONDARY SCHOOL ACTIVITIES ASSOCIATION, WHICH RULE PLACES AN AGE RESTRICTION ON A STUDENT'S ELIGIBILITY FOR SENIOR HIGH SCHOOL ATHLETICS, IS A LAWFUL RULE AS ADOPTED AND APPROVED BY THE MEMBER SCHOOLS OF THE ASSOCIATION. CITE: (GOVERNING ATHLETICS IN SENIOR HIGH SCHOOL) (R. THOMAS LAY)